FILED

JUL 27 2017

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL DANON EMERY,<br><br>Defendant. | CR 06–15–BU–DWM–1<br><br>ORDER |

IT IS ORDERED that the defendant is remanded to the United States Marshal for processing and is to be released pending his self-surrender on August 28, 2017. (*See* Judg. filed concurrently.)

IT IS FURTHER ORDERED that the defendant remains subject to all existing conditions of supervised release and the following additional conditions during that 30-day period:

    The defendant shall be subject to drug and alcohol testing every day.

    The defendant shall report to his supervising probation officer as directed by that officer.

1

The defendant shall provide his supervising probation officer with any and all financial information relating to his home and creditors.

Dated this 27th day of July, 2017.

                                        Donald W. Molloy, District Judge
                                        United States District Court