IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 06–15–BU–DWM–1 |
| Plaintiff, | |
| v. | ORDER |
| MICHAEL DANON EMERY, | |
| Defendant. | |

The United States having moved unopposed to dismiss the pending revocation petition on the grounds that the defendant has complied with the directives of his probation officer and the conditions of his release since the February 14, 2020 hearing,

IT IS ORDERED that the United States' motion (Doc. 184) is GRANTED. The December 6, 2019 Petition (Doc. 172) is DISMISSED and the June 11, 2020 Final Revocation Hearing is VACATED.

DATED this ___ day of June, 2020.

Donald W. Molloy, District Judge
United States District Court